IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GERARD BOECKMAN, | |
| Plaintiff, | Case No. 05-658-GPM |
| v. | |
| A.G. EDWARDS, INC., | |
| Defendant. | Chief Judge G. Patrick Murphy<br>Magistrate Judge Philip M. Frazier |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Gerard Boeckman ("Plaintiff") and Defendant A.G. Edwards, Inc. ("Defendant"), by their attorneys and pursuant to Fed. R. Civ. P. 41(a)(2), stipulate to dismissal of the matter with prejudice, each side to bear its own costs and fees, following the Seventh Circuit's denial of the petition for rehearing in *Hecker et al v. Deere & Co. et al*.

| A. G. EDWARDS, INC. | GERARD BOECKMAN |
|---|---|
| By:  /s Shannon M. Callahan<br>     One of Its Attorneys | By:   /s Douglas R. Sprong<br>     One of His Attorneys |
| Bernard J. Ysursa<br>COOK, YSURSA, BARTHOLOMEW,<br>BRAUER & SHEVLIN, LTD.<br>12 West Lincoln Street<br>Belleville, Illinois 62220<br>618.235.3500<br>618.235.7286 (facsimile) | Douglas R. Sprong<br>Steven A. Katz<br>Christopher A. Hoffman<br>KOREIN TILLERY, LLC<br>701 Market, Suite 300<br>St. Louis, MO 63101<br><br>*Attorneys for Plaintiff* |
| Sari M. Alamuddin<br>Deborah S. Davidson<br>Shannon M. Callahan<br>*(admitted pro hac vice)*<br>MORGAN, LEWIS & BOCKIUS LLP<br>77 West Wacker Drive, Fifth Floor<br>Chicago, Illinois 60601<br>312.324.1000<br>877.432.9652 (facsimile) | Dated: June 29, 2009 |
| *Attorneys for Defendant*<br>Dated: June 29, 2009 | |

DB1/63167910.1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she electronically filed the foregoing using the CMF/ECF system, which will send notification of such filing to the following via electronic means on June 29, 2009:

>Douglas R. Sprong
>Steven A. Katz
>Christopher A. Hoffman
>KOREIN TILLERY, LLC
>701 Market, Suite 300
>St. Louis, MO 63101

>s/ Shannon M. Callahan
>Shannon M. Callahan
>MORGAN LEWIS & BOCKIUS LLP
>77 W. Wacker, Fifth Floor
>Chicago, IL 60601
>312.324.1000
>312.324.1001
>scallahan@morganlewis.com